DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. JEFFERSON

No. 274P83.

Case below: 61 N.C. App. 168.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 July 1983. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 July 1983.

STATE v. JOHNSON

No. 125P83.

Case below: 60 N.C. App. 369.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 7 July 1983.

STATE v. LOCKLEAR

No. 240P83.

Case below: 61 N.C. App. 594.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 July 1983.

STATE v. SANDERSON

No. 105P83.

Case below: 60 N.C. App. 604.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 July 1983.

STATE v. SANDLIN

No. 243P83.

Case below: 61 N.C. App. 421.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 July 1983.